453 F.2d 417
 Charles Edward MORGAN, Jr., Petitioner-Appellant,
v.
Clarence JONES, Sheriff, Respondent-Appellee.
 No. 71-2753 Summary Calendar.**
 United States Court of Appeals,
Fifth Circuit.
 Jan. 5, 1972.
 
 Charles E. Morgan, Jr., pro se.
 Crawford C. Martin, Atty. Gen. of Tex., Austin, Tex., for respondent-appellee.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed for the reasons stated in the order of the district court. Loren v. Texas, 5 Cir. 1971, 440 F.2d 1182.
 
 
 
 **
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir., 1970, 431 F.2d 409, Part I